IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 23-20267-GLT |
| ARTHUR J. DREXLER, | Chapter 13 |
| Debtor, | |
| | Doc. No. |
| ALLIED FIRST BANK, SB D/B/A SERVBANK, | |
| Movant, | |
| v. | |
| ARTHUR J. DREXLER, ARTHUR DREXLER, and RONDA J. WINNECOUR Trustee, Respondents. | |

## CERTIFICATE OF SERVICE OF THE MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 17, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Arthur J. Drexler<br>449 Morris Street<br>Pittsburgh, PA 15218 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

SERVICE BY ELECTRONIC NOTIFICATION

| Michael S. Geisler<br>1100 Penn Center Blvd. #704<br>Pittsburgh, PA 15235 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

                                                Respectfully submitted,

                                                BERNSTEIN-BURKLEY, P.C.

                                                By:/s/ Keri P. Ebeck
                                                Keri P. Ebeck, Esq.
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                601 Grant Street, 9th Floor
                                                Pittsburgh, PA 15219
                                                (412) 456-8112
                                                Fax: (412) 456-8135

                                                Counsel for Allied First Bank, SD d/b/a Servbank

Dated:  May 17, 2023