Case 23-20267-GLT    Doc 60    Filed 06/29/23    Entered 06/29/23 12:04:49    Desc Main
Document      Page 1 of 1

FILED
6/29/23 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-20267-GLT |
| | : | Chapter: | 13 |
| Arthur J. Drexler | : | | |
| | : | | |
| | : | Date: | 6/28/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #42 - Motion for Relief from Stay Filed by Allied First Bank, SD d/b/a Servank
   #48 - Response to Motion filed by Trustee
   #52 - Response to Motion by Debtor

**APPEARANCES:**
   Debtor:   Michael S. Geisler
   Trustee:   Ronda J. Winnecour
   Allied First Bank:   Keri Ebeck

**NOTES:**   [10:07]

Geisler: Will file confirmation order after hearings today. Plan payments increased $2,426. Will file application for broker as soon as possible.

Ebeck: Without application for broker, no timeframe to have property sold, and no equity in the property (based on schedules) to provide adequate protection, requesting some form of relief at least until property is sold.

Geisler: Joanne Waterson of Keller Williams is proposed broker. Can submit before July 3, 2023.

Court: The application should include averment from broker as to why the $230,000 listing price is justified. Confirmation order will provide adequate protection.

Ebeck: Property is already listed on MLS. Been there for a week without a broker.

Geisler: Standing issue - different mortgage company that lent the money and then it was assigned to another, and then that company nominated Allied First Bank.

Ebeck: Going to file a transfer of claim.

Court: Claim is held by Money Store and no proof that Allied First holds an interest in the mortgage. Debtor's objection to standing is well taken.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from the Automatic Stay & Co-Debtor Stay* [Dkt. No. 42] is DENIED without prejudice. On or before July 13, 2023, Allied First Bank shall file a transfer of claim.[Text order].

2) For the reasons stated on the record, Debtor shall immediately file a proposed confirmation order under certification of counsel. [Text order].

3) For the reasons stated on the record, on or before July 3, 2023, the Debtor shall file an application to approve a broker. The application shall include an averment from the broker as to why the listing price of the property should be $230,000. If the Court is unsatisfied with the broker's reasoning, the listing price may be adjusted. [Text order].

**DATED:** 6/28/2023