IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ARTHUR J. DREXLER,** | : | Case No. **23-20267-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 63 |
| **ARTHUR J. DREXLER**, | : | & 63 |
| *Movant,* | : | |
| vs | : | Hearing Date: 8/9/2023 at |
| CAPITAL ONE, N.A., COMCAST CORPORATION. CONTINENTAL | : | 10:00 a.m. |
| FINANCE COMPANY, DR. LEONARDS SHOP NOW, DUQUESNE | : | |
| LIGHT COMPANY, FIRST SAVINGS CREDIT CARD, LTD | : | |
| ACQUISITIONS, LLC., ONE MAIN FINANCIAL, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PREMIER BANKCARD, LLC., SANTANDER | : | |
| CONSUMER USA, INC., STONEBERRY, THE MONEY SOURCE, INC. | | |
| WILKINSBURG-PENN JOINT WATER AUTHORITY, | | |
| *Respondents* | | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S APPLICATION TO EMPLOY REALTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **7/3/2023** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **7/20/2023.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 8/7/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net