FILED
8/7/23 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| ARTHUR J. DREXLER,<br>    *Debtor* | Case No. **23-20267-GLT**<br>Doc. No._____ |
| ARTHUR J. DREXLER,<br>    *Movant,*<br>    vs<br>CAPITAL ONE, N.A., COMCAST CORPORATION. CONTINENTAL FINANCE COMPANY, DR. LEONARDS SHOP NOW, DUQUESNE LIGHT COMPANY, FIRST SAVINGS CREDIT CARD, LTD ACQUISITIONS, LLC., ONE MAIN FINANCIAL, PEOPLES NATURAL GAS COMPANY, LLC., PREMIER BANKCARD, LLC., SANTANDER CONSUMER USA, INC., STONEBERRY, THE MONEY SOURCE, INC. WILKINSBURG-PENN JOINT WATER AUTHORITY,<br>    *Respondents* | Hearing Date: 8/9/2023 at 10:00 a.m.<br><br>Related to Docket No. 62 |

## ORDER OF COURT

*AND NOW, this* __ 7th Day of August, 2023                            , upon consideration of the ***Application to Employ Realtor***, it is ***hereby ORDERED, ADJUDGED and DECREED*** as follows:

1.      The above referenced Application is hereby approved as of the date of the filing of this motion.

2.      JOANNE WATTERSON, is hereby appointed as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 449 Morris Street, Pittsburgh, PA 15218, Lot and Block Number 233**-**P**-**36. A realtor commission in the amount of 4.5% of the full sale price, plus a KW admin. fee of $549.00,  is tentatively approved, subject to final court order.

3.      Professional persons or entitles performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4.      Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees in the requested amount. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5.      *Applicant shall serve the written Order on all interested parties and file a certificate of service.*

6.     Based on the represnstations in the application, and in the event the property is not under contract by the date of this order, the broker is directed to reduce the listing price to $199,900 as indicated in the comparative market analysis.

Case administrator to mail to:
    Trustee
    Debtor
    Counsel
    Realtor/Broker                Gregory L. Taddonio, Chief Judge
    Office of the U.S. Trustee    United States Bankruptcy Court

dhb

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20267-GLT |
| Arthur J. Drexler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Aug 07, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur J. Drexler, 449 Morris Street, Pittsburgh, PA 15218-1427 |
| r | + | Joanne M Watterson, Keller Williams Realty, 204 White Oak Place, Mars, PA 16046-3946 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Allied First Bank SD d/b/a Servbank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael S. Geisler | on behalf of Debtor Arthur J. Drexler m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6