**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ARTHUR J. DREXLER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:23-20267 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/05/2023 and confirmed on 06/28/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,100.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,100.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,947.22 | |
|     Trustee Fee | 1,545.10 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,492.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     SERVBANK SB | 0.00 | 13,266.91 | 0.00 | 13,266.91 |
|       Acct: 0186 | | | | |
|     SERVBANK SB | 48,556.86 | 0.00 | 0.00 | 0.00 |
|       Acct: 0186 | | | | |
|     SANTANDER CONSUMER USA | 0.00 | 8,046.54 | 0.00 | 8,046.54 |
|       Acct: 4052 | | | | |
|     ONE MAIN FINANCIAL(*) | 700.00 | 294.23 | 0.00 | 294.23 |
|       Acct: | | | | |
| | | | | 21,607.68 |
| **Priority** | | | | |
|     MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     ARTHUR J. DREXLER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     MICHAEL S GEISLER ESQ | 4,100.00 | 2,947.22 | 0.00 | 0.00 |
|       Acct: | | | | |

\* \* \* N O N E \* \* \*

| 23-20267 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    LTD ACQUISITIONS LLC++ | 590.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5004 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 396.60 | 0.00 | 0.00 | 0.00 |
|      Acct: 0066 | | | | |
|    STONEBERRY | 636.44 | 0.00 | 0.00 | 0.00 |
|      Acct: 9C2G | | | | |
|    DR LEONARDS SHOP NOW | 488.65 | 0.00 | 0.00 | 0.00 |
|      Acct: 2A4A | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC | 100.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7428 | | | | |
|    COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C | 1,138.06 | 0.00 | 0.00 | 0.00 |
|      Acct: 7479 | | | | |
|    FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC | 310.13 | 0.00 | 0.00 | 0.00 |
|      Acct: 3608 | | | | |
|    JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 21,607.68 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 49,256.86 |
| UNSECURED | 3.659.88 |

Date: 11/06/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com